443 A.2d 397

D'Anna et ux., Appellants v. Moody.

Submitted December 5, 1980. Frank M. Jakobowski, for appellants; Michael Dissette, did not file a brief on behalf of appellee.

Before CERCONE, P. J., HESTER and WIEAND, JJ.

Order affirmed.

443 A.2d 398

Dyer, Appellant v. Lower Bucks County Hospital.

Petition for Allowance of Appeal Denied Aug. 10, 1982.

Argued January 25, 1982. John P. Koopman, for appellant; Allan H. Starr, for appellee.

Before WIEAND, CIRILLO and POPOVICH, JJ.

Order of the lower court is affirmed.